McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. S-04-004 MCE |
| ) | |
| Plaintiff, ) | ORDER DECLARING FORFEITURE OF |
| ) | BOND AND SCHEDULING FURTHER |
| v. ) | PROCEEDINGS |
| ) | |
| DAVID DEAN DAVIDSON, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| R. TERRY, and RENE B. REICH, ) | |
| ) | |
| Sureties. ) | |
| ) | |

WHEREFORE, the defendant DAVID DEAN DAVIDSON was released from custody in this case on a $50,000 bond for which he deposited $20,000 in cash and posted the remaining $30,000 by securing real property at 417 Buzzard Roost Cutoff, Mountain Home, Arkansas, which property was owned and posted by DAVIDSON until it was foreclosed upon, the proceeds of which were deposited with the clerk's office at $1,287.47 ; and

///

///

1

1     WHEREFORE, the defendant was released on conditions that he
2 make all future appearances in this Court, that he reside only at a
3 residence as approved by the Pretrial Services Office, and that he
4 not absent himself from his residence in Oakland, California, for
5 longer than 24 hours without permission from the Pretrial Services
6 Office; and

7     WHEREFORE, the defendant DAVID DEAN DAVIDSON failed to appear
8 as ordered in this Court on September 20, 2005 and October 11,
9 2005, and also failed to comply with other conditions of his
10 release including that he reside at a residence approved by the
11 Pretrial Services Office, in violation of the conditions of his
12 release order;

13     Based on the foregoing, and for good cause shown, **IT IS HEREBY**
14 **ORDERED** that:

15     (1) Pursuant to Title 18, United States Code, Section 3146(d),
16 and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, the
17 appearance bond in this case of $50,000, including the cash deposit
18 made by DAVIDSON and the proceeds from the foreclosure of the real
19 property located at 417 Buzzard Roost Cutoff, Mountain Home,
20 Arkansas, is ordered **FORFEITED**; and
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

(2) Pursuant to Rule 46(f)(3)(B) and (C), the Clerk of the Court is directed to serve a copy of this Order and of the Government's Motion Pursuant to Rule 46(f) for an Order Declaring the Bond Forfeited, on the following person and address:

      R. Terry and Rene B. Reich
      1136 McFarlane Ave
      Sebastopol, CA 95472

for the remainder of the $50,000 Appearance Bond.

Dated: June 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3