J. TONY SERRA #32639
OMAR FIGUEROA #196650
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
DAVID DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-cr-00004-MCE |
| Plaintiff, | |
| v. | AMENDED STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| DAVID DAVIDSON, | Date: August 9, 2007 |
| Defendant. | Time: 9:00 a.m. |
| | Judge England |

THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing now scheduled in this matter for the date and time indicated above, shall be continued to 9:00 a.m. on September 13, 2007.

Defendant anticipates a plea agreement from the prosecution forthwith, and the prospect of resolution of this case is imminent.

THE PARTIES FURTHER STIPULATE that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161 *et seq*, the time period from the date of the filing of this stipulation to September 13, 2007, is deemed excludable.

///

1  This continuance is requested pursuant to Local Rule T4, to
2  allow for preparation of counsel, as defense counsel J. Tony
3  Serra is currently in trial before the Honorable Judge Frank C.
4  Damrell in the matter of U.S. v. Schafer & Fry.
5       Dated:  August 13, 2007

7  /s/ J. TONY SERRA              /s/ MATTHEW STEGMAN
   J. TONY SERRA                  MATTHEW STEGMAN
8  Attorney for Defendant         Assistant United States Attorney

11     **IT IS SO ORDERED.**

12  Dated: August 15, 2007

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE