1  J. TONY SERRA #32639
   OMAR FIGUEROA #196650
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   DAVID DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:04-cr-00004-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | TO CONTINUE STATUS HEARING |
| DAVID DAVIDSON, | Date: September 13, 2007 |
| | Time: 9:00 a.m. |
| Defendant. | Judge England |

THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing now scheduled in this matter for the date and time indicated above, shall be continued to 9:00 a.m. on October 11, 2007.

Defendant anticipates a plea agreement from the prosecution forthwith, and the prospect of resolution of this case is imminent.

THE PARTIES FURTHER STIPULATE that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161 *et seq*, the time period from the date of the filing of this stipulation to September 13, 2007, is deemed excludable.

///

This continuance is requested pursuant to Local Rule T4, to allow for preparation of counsel, as defense counsel J. Tony Serra and Omar Figueroa will commence trial on September 10, 2007, in the Central District in the matter of <u>United States v. Rod Coronado</u>.

Dated: September 7, 2007

/s/ J. TONY SERRA                           /s/ MATTHEW STEGMAN
J. TONY SERRA                               MATTHEW STEGMAN
Attorney for Defendant                      Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: September 10, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE