1  J. TONY SERRA #32639
   OMAR FIGUEROA #196650
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   DAVID DAVIDSON

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        No. 2:04-cr-00004-MCE

12         Plaintiff,
                                    STIPULATION AND ORDER
13     v.                           TO CONTINUE STATUS HEARING

14 DAVID DAVIDSON,                  Date: October 11, 2007
                                    Time: 9:00 a.m.
15         Defendant.               Judge England
   _____/

17     THE PARTIES HEREBY STIPULATE AND AGREE that the status
18 hearing, now scheduled in this matter for the date and time
19 indicated above, shall be continued to 9:00 a.m. on December 20,
20 2007.
21     A plea agreement has been presented to defendant, who now
22 must meet with counsel to discuss.
23     THE PARTIES FURTHER STIPULATE that for the purpose of
24 computing time under the Speedy Trial Act, 18 U.S.C. section
25 3161 *et seq*, the time period from the date of the filing of this
26 stipulation to December 20, 2007, is deemed excludable.
27 ///
28 ///

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1  This continuance is requested pursuant to Local Rule T4, to
2  allow for preparation of defense counsel to meet and advise
3  defendant regarding the proffered disposition.
4       Dated:  October 9, 2007

6  /s/ J. TONY SERRA              /s/ MATTHEW STEGMAN
   J. TONY SERRA                  MATTHEW STEGMAN
7  Attorney for Defendant         Assistant United States Attorney

10      **IT IS SO ORDERED.**

11  Dated: October 12, 2007

    _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE