J. TONY SERRA #32639
OMAR FIGUEROA #196650
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
DAVID DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID DAVIDSON,

Defendant.
_______________________________/

No. 2:04-cr-00004-MCE

STIPULATION AND ORDER TO CONTINUE STATUS HEARING

Date: December 20, 2007
Time: 9:00 a.m.
Judge England

THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing, now scheduled in this matter for the date and time indicated above, shall be continued to 9:00 a.m. on January 31, 2008.

A plea agreement has been presented to defendant, who now wishes to hire additional counsel to advise him in the matter.

THE PARTIES FURTHER STIPULATE that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161 *et seq*, the time period from the date of the filing of this stipulation to January 31, 2008, is deemed excludable.

///

///

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

This continuance is requested pursuant to Local Rule T4, to allow for preparation of defense counsel to meet and advise defendant regarding the proffered disposition.

Dated: December 17, 2007

/s/ J. TONY SERRA
J. TONY SERRA
Attorney for Defendant

/s/ MATTHEW STEGMAN
MATTHEW STEGMAN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: December 18, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331