J. TONY SERRA #32639
OMAR FIGUEROA #196650
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
DAVID DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-cr-00004-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| DAVID DAVIDSON, | Date: January 31, 2008<br>Time: 9:00 a.m. |
| Defendant. | Judge England |

THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing, now scheduled in this matter for the date and time indicated above, shall be continued to 9:00 a.m. on March 6, 2008.

Defendant is desirous of having new counsel appointed for him, and time is required to complete and submit the CJA application.

THE PARTIES FURTHER STIPULATE that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161 *et seq*, the time period from the date of the filing of this stipulation to March 6, 2008, is deemed excludable.

///

1 This continuance is requested pursuant to Local Rule T4, to
2 allow for preparation of defense counsel to meet and advise
3 defendant.
4     Dated:  January 29, 2008

6 /s/ J. TONY SERRA              /s/ MATTHEW STEGMAN
  J. TONY SERRA                  MATTHEW STEGMAN
7 Attorney for Defendant         Assistant United States Attorney

10     **IT IS SO ORDERED.**

11  Dated: January 30, 2008

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2