```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DAVID DEAN DAVIDSON
 7
 8
 9                 IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. 2:04-cr-00004-MCE
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER CONTINUING
14       v.                      )  STATUS CONFERENCE AND EXCLUDING
                                 )  TIME
15  DAVID DEAN DAVIDSON,         )
                                 )
16              Defendant.       )  Date: April 3, 2008
                                 )  Time: 9:00 a.m.
17  _____)  Judge: Morrison C. England, Jr.
18
```

19      It is hereby stipulated and agreed between defendant, David Dean
20 Davidson, and plaintiff, United States of America, by and through their
21 attorneys, that the status conference presently scheduled for April 3,
22 2008 may be continued to May 15, 2008 at 9:00 a.m.

23      Additional time is needed by defense counsel to review extensive
24 discovery that has been obtained from Mr. Davidson's previous counsel,
25 and to conduct a factual investigation of the case. In order to afford
26 time to complete various tasks, the parties agree that time under the
27 Speedy Trial Act should be excluded from the date of this order through
28 May 15, 2008, pursuant to Title 18, United States Code, Section

1  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated: April 1, 2008        /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for DAVID DEAN DAVIDSON

                                  McGREGOR W. SCOTT
                                  United States Attorney

Dated: April 1, 2008        /s/ T. Zindel for M. Stegman
                                  MATT STEGMAN
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 15, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through May 15, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 4, 2008

                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE