```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVID DEAN DAVIDSON
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:04-cr-00004-MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE AND EXCLUDING |
|  | ) TIME |
| DAVID DEAN DAVIDSON, | ) |
|  | ) |
| Defendant. | ) Date:  May 15, 2008 |
|  | ) Time:  9:00 a.m. |
| _____ | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, DAVID DEAN DAVIDSON, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for May 15, 2008 may be continued to June 19, 2008 at 9:00 a.m.

Additional time is needed by defense counsel to continue his review of the extensive discovery received from Mr. Davidson's previous counsel, and to continue the factual investigation of the case.

///

///

///

1  In order to afford time to complete various tasks necessary to the
2  defense of this case, the parties agree that time under the Speedy
3  Trial Act should be excluded from the date of this order through June
4  19, 2008, pursuant to Title 18, United States Code, Section
5  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  May 13, 2008                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DAVID DEAN DAVIDSON


                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated:  May 13, 2008                    /s/  T. Zindel for M. Stegman
                                        MATT STEGMAN
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 19, 2008 at 9:00 a.m.
The court finds that a continuance is necessary for the reasons stated
above and further finds that the ends of justice served by granting a
continuance outweigh the best interests of the public and the defendant
in a speedy trial.  Time is therefore excluded from the date of this
order through June 19, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
(B)(iv).

    IT IS SO ORDERED.

Dated: May 19, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE