DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID DEAN DAVIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-CR-00004 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DAVID DEAN DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | Date:  October 2, 2008 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, DAVID DEAN

DAVIDSON, and plaintiff, United States of America, by and through their

attorneys, that the status conference presently scheduled for October

2, 2008 may be continued to November 13, 2008 at 9:00 a.m.

Counsel for Mr. Davidson continues to review voluminous and

extensive discovery provided by previously-retained counsel, and

continues his factual investigation of the case.  In order to afford

time to complete various tasks necessary to the defense of this case,

the parties agree that time under the Speedy Trial Act should be

excluded from the date of this order through November 13, 2008,

pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and

(B)(iv) (Local Code T4).

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated: September 30, 2008       /s/ T. Zindel_____
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DAVID DEAN DAVIDSON


                                McGREGOR W. SCOTT
                                United States Attorney

Dated: September 30, 2008       /s/  T. Zindel for M. Stegman_
                                MATT STEGMAN
                                Assistant U.S. Attorney




                            **O R D E R**

     The status conference is continued to November 13, 2008 at 9:00

a.m. The court finds that a continuance is necessary for the reasons

stated above and further finds that the ends of justice served by

granting a continuance outweigh the best interests of the public and

the defendant in a speedy trial.  Time is therefore excluded from the

date of this order through November 13, 2008, pursuant to 18 U.S.C. §

3161(h)(8)(A) and (B)(iv).

     IT IS SO ORDERED.

 Dated: October 2, 2008

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE