```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  DAVID DEAN DAVIDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:04-CR-00004 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| DAVID DEAN DAVIDSON, | ) |
| Defendant. | ) Date: November 13, 2008 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, DAVID DEAN DAVIDSON, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for November 13, 2008 may be continued to December 18, 2008 at 9:00 a.m.

Counsel for Mr. Davidson continues to review voluminous and extensive discovery provided by previously-retained counsel, and continues his factual investigation of the case. In order to afford time to complete various tasks necessary to the defense of this case, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December 18, 2008,

pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                 Respectfully Submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

Dated: November 10, 2008         /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for DAVID DEAN DAVIDSON


                                 McGREGOR W. SCOTT
                                 United States Attorney

Dated: November 10, 2008         /s/  T. Zindel for M. Stegman
                                 MATT STEGMAN
                                 Assistant U.S. Attorney
```

## **O R D E R**

The status conference is continued to December 18, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 18, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 14, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-