DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID DEAN DAVIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:04-CR-00004 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| DAVID DEAN DAVIDSON, | ) |
| Defendant. | ) Date: December 18, 2008<br>) Time: 9:00 a.m.<br>) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, DAVID DEAN DAVIDSON, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for December 18, 2008 may be continued to January 29, 2009 at 9:00 a.m.

Counsel for Mr. Davidson continues to review voluminous and extensive discovery provided by previously-retained counsel, and continues his factual investigation of the case. In order to afford time to complete various tasks necessary to the defense of this case, the parties agree that time under the Speedy Trial Act should be

Case 2:04-cr-00004-MCE   Document 136   Filed 12/17/08   Page 2 of 2

1  excluded from the date of this order through January 29, 2009, pursuant
2  to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)
3  (Local Code T4).

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: December 16, 2008        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DAVID DEAN DAVIDSON


                                McGREGOR W. SCOTT
                                United States Attorney


Dated: December 16, 2008        /s/  T. Zindel for M. Stegman
                                MATT STEGMAN
                                Assistant U.S. Attorney




**O R D E R**

The status conference is continued to January 29, 2009 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 29, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated: December 17, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-