1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  DAVID DEAN DAVIDSON

7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. 2:04-CR-00004 MCE
                                   )
14              Plaintiff,         )
                                   )  **STIPULATION AND ORDER**
15      v.                         )  **CONTINUING STATUS CONFERENCE**
                                   )  **AND EXCLUDING TIME**
16 DAVID DEAN DAVIDSON,            )
                                   )
17              Defendant.         )  Date:  January 29, 2009
                                   )  Time:  9:00 a.m.
18 _____ )  Judge: Morrison C. England, Jr.

19

20      It is hereby stipulated and agreed between defendant, DAVID DEAN

21 DAVIDSON, and plaintiff, United States of America, by and through their

22 attorneys, that the status conference presently scheduled for January

23 29, 2009 may be continued to February 12, 2009 at 9:00 a.m.

24      Counsel for Mr. Davidson continues to review voluminous and

25 extensive discovery provided by previously-retained counsel, and

26 continues his factual investigation of the case.  In order to afford

27 time to complete various tasks necessary to the defense of this case,

28 the parties agree that time under the Speedy Trial Act should be

excluded from the date of this order through February 12, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 26, 2009       /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DAVID DEAN DAVIDSON

McGREGOR W. SCOTT
United States Attorney

Dated: January 26, 2009       /s/ T. Zindel for M. Stegman
MATT STEGMAN
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 12, 2009 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 12, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 28, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE