1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  DAVID DEAN DAVIDSON

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:04-CR-00004 MCE
                                     )
14              Plaintiff,           )
                                     )
15      v.                           )  **STIPULATION AND ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
16  DAVID DEAN DAVIDSON,             )  **AND EXCLUDING TIME**
                                     )
17              Defendant.           )  Date:  February 26, 2009
                                     )  Time:   9:00 a.m.
18  _____  )  Judge: Morrison C. England, Jr.

19

20      It is hereby stipulated and agreed between defendant, DAVID DEAN

21  DAVIDSON, and plaintiff, United States of America, by and through their

22  attorneys, that the status conference presently scheduled for February

23  26, 2009, may be continued to March 26, 2009, at 9:00 a.m.

24      The government continues to review a settlement proposal by the

25  defense.  Also, defense counsel is preparing for jury trial in a complex

26  case commencing March 10.  In order to afford time to complete these

27  tasks, the parties agree that time under the Speedy Trial Act should be

28  / / /

excluded from the date of this order through March 26, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: February 24, 2009            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DAVID DEAN DAVIDSON


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


Dated: February 24, 2009            /s/  T. Zindel for M. Stegman
                                    MATT STEGMAN
                                    Assistant U.S. Attorney


                          **O R D E R**

    The status conference is continued to March 26, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through March 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

 Dated: February 25, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

Stip & Order/David Dean Davidson        -2-