```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  DAVID DEAN DAVIDSON

7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. 2:04-CR-00004 MCE
                                )
14              Plaintiff,      )
                                )  **STIPULATION AND ORDER**
15      v.                      )  **CONTINUING STATUS CONFERENCE**
                                )  **AND EXCLUDING TIME**
16 DAVID DEAN DAVIDSON,         )
                                )
17              Defendant.      )  Date:  March 26, 2009
                                )  Time:  9:00 a.m.
18 _____)  Judge: Morrison C. England, Jr.

19
```

20      It is hereby stipulated and agreed between defendant, DAVID DEAN
21 DAVIDSON, and plaintiff, United States of America, by and through their
22 attorneys, that the status conference presently scheduled for March 26,
23 2009, may be continued to May 7, 2009, at 9:00 a.m.
24      The government continues to review a settlement proposal by the
25 defense.  Also, defense counsel is currently in a complex jury trial.  In
26 order to afford time to complete these tasks, the parties agree that time
27 under the Speedy Trial Act should be excluded from the date of this order
28

through May 7, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 23, 2009  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DAVID DEAN DAVIDSON

LAWRENCE G. BROWN
Acting United States Attorney

Dated: March 23, 2009  /s/ T. Zindel for M. Stegman
MATT STEGMAN
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 7, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 7, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 26, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-