1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DAVID DEAN DAVIDSON

7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:04-CR-00004 MCE
                                  )
14            Plaintiff,          )
                                  ) **STIPULATION AND ORDER**
15      v.                        ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
16  DAVID DEAN DAVIDSON,          )
                                  )
17            Defendant.          ) Date: May 7, 2009
                                  ) Time: 9:00 a.m.
18  _____ ) Judge: Morrison C. England, Jr.

19

20      It is hereby stipulated and agreed between defendant, DAVID DEAN
21  DAVIDSON, and plaintiff, United States of America, by and through their
22  attorneys, that the status conference presently scheduled for May 7,
23  2009, may be continued to June 18, 2009, at 9:00 a.m.
24      The government continues to review a settlement proposal by the
25  defense.  Also, defense counsel is currently in a complex jury trial.  In
26  order to afford time to complete these tasks, the parties agree that time
27  under the Speedy Trial Act should be excluded from the date of this order
28

through June 18, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 5, 2009  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DAVID DEAN DAVIDSON

LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 5, 2009  /s/ T. Zindel for M. Stegman
MATT STEGMAN
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 18, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 18, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 6, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE