DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID DEAN DAVIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-CR-00004 MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| DAVID DEAN DAVIDSON, ) | |
| Defendant. ) | Date: June 18, 2009 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, DAVID DEAN DAVIDSON, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for June 18, 2009, may be continued to July 16, 2009, at 9:00 a.m.

The government continues to review a settlement proposal by the defense. Also, defense counsel is currently in a complex jury trial. In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through July 16, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4).

```
                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated: June 11, 2009            /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DAVID DEAN DAVIDSON


                                LAWRENCE G. BROWN
                                Acting United States Attorney


Dated: June 11, 2009            /s/  T. Zindel for M. Stegman
                                MATT STEGMAN
                                Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to July 16, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 16, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-