```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID DEAN DAVIDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br> DAVID DEAN DAVIDSON,            )<br>                                 )<br>            Defendant.           )<br>_____) | No. 2:04-CR-00004 MCE<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  July 16, 2009<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

    It is hereby stipulated and agreed between defendant, DAVID DEAN DAVIDSON, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for July 16, 2009, may be continued to August 20, 2009, at 9:00 a.m.

    The government continues to review a settlement proposal by the defense and both parties seek additional time to explore their remaining differences.  In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded

1 from the date of this order through August 20, 2009, pursuant to Title
2 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code
3 T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  July 13, 2009          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for DAVID DEAN DAVIDSON

                               LAWRENCE G. BROWN
                               Acting United States Attorney

Dated:  July 13, 2009          /s/  T. Zindel for M. Stegman
                               MATT STEGMAN
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 20, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 20, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE