```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DAVID DEAN DAVIDSON
 6

 7

 8                   IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. 2:04-CR-0004 MCE
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER
13       v.                        ) CONTINUING STATUS CONFERENCE
                                   ) AND EXCLUDING TIME
14  DAVID DEAN DAVIDSON,           )
                                   )
15              Defendant.         ) Date:  August 20, 2009
                                   ) Time:  9:00 a.m.
16  _____) Judge: Morrison C. England, Jr.
```

It is hereby stipulated and agreed between defendant, David Davidson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for August 20, 2009, may be continued one week to August 27, 2009, at 9:00 a.m.

Although defense counsel intends to ask that trial be set at the next appearance, the assigned prosecutor is unavailable on August 20. The parties also continue to explore resolving the case without trial; defense counsel recently provided the government a detailed analysis of the evidence in hope of resolving the case. In order to afford time to complete various necessary tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through

August 27, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:   August 18, 2009      /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for DAVID DEAN DAVIDSON


                                          LAWRENCE BROWN
                                          United States Attorney

Dated:   August 18, 2009      /s/  T. Zindel for M. Stegman
                                          MATT STEGMAN
                                          Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to August 27, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 27, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: August 20, 2009

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE