1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DAVID DEAN DAVIDSON
7

8

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) No. 2:04-CR-00004-MCE
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER
14      v.                        ) CONTINUING STATUS CONFERENCE
                                  ) AND EXCLUDING TIME
15 DAVID DEAN DAVIDSON,           )
                                  )
16              Defendant.        ) Date:  August 27, 2009
                                  ) Time:  9:00 a.m.
17 _____) Judge: Morrison C. England, Jr.

18

19      It is hereby stipulated and agreed between defendant, David

20 Davidson, and plaintiff, United States of America, by and through their

21 attorneys, that the status conference presently scheduled for August 27,

22 2009, may be continued to September 10, 2009, at 9:00 a.m.

23      In the past day, the parties have discussed and narrowed the issues

24 remaining between them, but time is needed to prepare a proposed plea

25 agreement and to review it with the defendant.  In order to afford time

26 to complete this preparation and review, the parties agree that time

27 under the Speedy Trial Act should be excluded from the date of this order

28 /////

1 through September 10, 2009, pursuant to Title 18, United States Code,
2 Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).
3                                         Respectfully Submitted,
4                                         DANIEL J. BRODERICK
                                          Federal Defender
5
6 Dated:  August 25, 2009          /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for DAVID DEAN DAVIDSON
8
9                                         LAWRENCE BROWN
                                          United States Attorney
10
11 Dated:  August 25, 2009          /s/  T. Zindel for M. Stegman
                                          MATT STEGMAN
12                                        Assistant U.S. Attorney
13
14                                   **O R D E R**
15     The status conference is continued to September 10 , 2009, at 9:00
16 a.m.  The court finds that a continuance is necessary for the reasons
17 stated above and further finds that the ends of justice served by
18 granting a continuance outweigh the best interests of the public and the
19 defendant in a speedy trial.  Time is therefore excluded from the date of
20 this order through September 10, 2009, pursuant to 18 U.S.C. §
21 3161(h)(7)(A) and (B)(iv).
22     IT IS SO ORDERED.
23  Dated: August 27, 2009
24
25  _____
26  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
27
28

-2-