1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DAVID DEAN DAVIDSON
7

8

9           IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) No. 2:04-CR-0004 MCE
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER
14     v.                         ) CONTINUING STATUS CONFERENCE
                                  ) AND EXCLUDING TIME
15 DAVID DEAN DAVIDSON,           )
                                  )
16              Defendant.        ) Date: September 10, 2009
                                  ) Time: 9:00 a.m.
17 _____) Judge: Morrison C. England, Jr.

18

19      It is hereby stipulated and agreed between defendant, David
20 Davidson, and plaintiff, United States of America, by and through their
21 attorneys, that the status conference presently scheduled for September
22 10, 2009, may be continued to October 1, 2009, at 9:00 a.m.
23      In the past day, the parties have discussed and narrowed the issues
24 remaining between them.  The parties have planned to meet again on
25 September 21 in anticipation of resolving the case.  In order to afford
26 time to complete this preparation and review, the parties agree that time
27 under the Speedy Trial Act should be excluded from the date of this order
28 /////

through October 1, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 8, 2009          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for DAVID DEAN DAVIDSON


                                  LAWRENCE BROWN
                                  United States Attorney

Dated: September 8, 2009          /s/  T. Zindel for M. Stegman
                                  MATT STEGMAN
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 1, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 1, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE