```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID DEAN DAVIDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-CR-0004 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME |
| DAVID DEAN DAVIDSON, ) | |
| ) | |
| Defendant. ) | Date: October 1, 2009 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, David Davidson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for October 1, 2009, may be continued to October 22, 2009, at 9:00 a.m.

The parties' latest meeting led to new proposals to resolve the case, which Mr. Davidson would like time to consider. Defense counsel also seeks additional time to perform necessary legal research. In order to afford time to complete this review, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1  through October 22, 2009, pursuant to Title 18, United States Code,
2  Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).
3
4                                    Respectfully Submitted,
5                                    DANIEL J. BRODERICK
                                     Federal Defender
6
7  Dated:  September 29, 2009       /s/ T. Zindel
                                    TIMOTHY ZINDEL
8                                   Assistant Federal Defender
                                    Attorney for DAVID DEAN DAVIDSON
9
10                                   LAWRENCE BROWN
                                     United States Attorney
11
12 Dated:  September 29, 2009       /s/  T. Zindel for M. Stegman
                                    MATT STEGMAN
13                                  Assistant U.S. Attorney
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stip & Order/David Dean Davidson         -2-

**O R D E R**

The status conference is continued to October 22, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 22, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE