```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID DEAN DAVIDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 2:04-CR-0004 MCE |
| ) | |
| Plaintiff,    ) | |
| ) | STIPULATION AND ORDER |
| v.                        ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME |
| DAVID DEAN DAVIDSON,               ) | |
| ) | |
| Defendant.    ) | Date: October 22, 2009 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, David Davidson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for October 22, 2009, may be continued to November 12, 2009, at 9:00 a.m.

Counsel for the parties have scheduled another meeting to iron out their differences. Defense counsel believes that guidelines issued yesterday by the Attorney General concerning prosecution of cases involving marijuana distributed for medical use will bear on the parties' negotiations. In order to afford time to complete this review, the

1 parties agree that time under the Speedy Trial Act should be excluded
2 from the date of this order through November 12, 2009, pursuant to Title
3 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

4                                  Respectfully Submitted,

5                                  DANIEL J. BRODERICK
                                   Federal Defender
6

7 Dated:  October 20, 2009         /s/ T. Zindel
                                   TIMOTHY ZINDEL
8                                  Assistant Federal Defender
                                   Attorney for DAVID DEAN DAVIDSON
9

10                                 LAWRENCE BROWN
                                   United States Attorney
11

12 Dated:  October 20, 2009        /s/  T. Zindel for M. Stegman
                                   MATT STEGMAN
13                                 Assistant U.S. Attorney

Stip & Order/David Dean Davidson        -2-

**O R D E R**

The status conference is continued to November 12, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 12, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order/David Dean Davidson     -3-