```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID DEAN DAVIDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-CR-0004 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME |
| DAVID DEAN DAVIDSON, ) | |
| Defendant. ) | Date: December 3, 2009 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, David Davidson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for December 3, 2009, may be continued to December 10, 2009, at 9:00 a.m.

Counsel for the parties have scheduled another meeting to iron out their differences. Defense counsel believes that guidelines issued by the Attorney General concerning prosecution of cases involving marijuana distributed for medical use will bear on the parties' negotiations.

///

In order to afford time to complete this review, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December 10, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

```
                                 Respectfully Submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

Dated:  December 1, 2009         /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for DAVID DEAN DAVIDSON


                                 BENJAMIN WAGNER
                                 United States Attorney


Dated:  December 1, 2009         /s/  T. Zindel for M. Stegman
                                 MATT STEGMAN
                                 Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to December 10, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 10, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE