1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6
7
8

UNITED STATES OF AMERICA,                    No. 2:04-CR-00004

        Plaintiff,

9

   v.                                          **ORDER REGARDING SENTENCING MEMORANDA**

DAVID DAVIDSON,

10
11

        Defendant.
_____/

12
13
14
15
16
17
18
19
20
21

    If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing.  Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing. The parties are cautioned that if any sentencing memoranda is filed late, the judgment and sentencing date may be vacated and the matter continued.

    IT IS SO ORDERED.

22
23
24

 Dated: December 14, 2009

25
26
27

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

28

1